# United States District Court
## EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN - 1 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES OF AMERICA

V.

**DALE A. MORROW
and DANIEL E. PRICE**
(Name & Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ- 06-124

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

COUNT 1

On or about February 14, 2003, in the Eastern District of Washington, DALE A. MORROW and DANIEL E. PRICE having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: an Italian Carcano military bolt action rifle in 6.5 mm caliber, serial number I3782, which firearm had theretofore been transported in interstate and/or foreign commerce; all in violation of 18 U.S.C. §§ 922(g) and 924.

COUNT 2

On or about February 14, 2003, in the Eastern District of Washington, DALE A. MORROW and DANIEL E. PRICE did knowingly and willfully use and carry a firearm that is an Italian Carcano military bolt action rifle in 6.5 mm caliber, serial number I3782, during and in relation to a drug trafficking crime, to wit, Distribution of a Controlled Substance, to wit: methamphetamine, in violation of 21 U.S.C. § 841(a)(1), all in violation of 18 U.S.C. § 924(c)(1).

I further state that I am a **Special Agent** and that this complaint is based on the following facts:

Continued on the attached sheet incorporated herein by this reference. ☒ Yes ☐ No

Signature of Complainant C. Richard Jessen
Special Agent, ATF

Sworn to before me, and subscribed in my presence

June 1, 2006
Date

Cynthia Imbrogno
United States Magistrate Judge
Name and Title of Judicial Officer

at Spokane, Washington
City and State

Signature of Judicial Officer

P60531RC.EHB.wpd


*Re: Complaint and Warrant for Dale A. Morrow and Daniel E. Price*

## AFFIDAVIT

STATE OF WASHINGTON  )
                     :ss
County of Spokane    )

Richard Jessen, being first duly sworn on oath, deposes and states:

1.  I am a Special Agent (S/A) of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since July 1, 1990. I have a Bachelor of Science Degree from University of Minnesota in Sociology with a concentration in Police Science. I served in the United States Marine Corps Reserve since March 1977, active duty from September 1979 for eleven years as an active duty officer, with twenty-six years total service, retiring as a Lieutenant Colonel in March 2004. I am a graduate of the Federal Law Enforcement Training Center, Criminal Investigator Training Program, as well as the Bureau of Alcohol, Tobacco, Firearms and Explosives' New Agent Training. These courses of study totaled approximately 18 weeks of training. In addition, I have had specialized training in the identification and origin of firearms and ammunition as it pertains to interstate and foreign commerce as defined under Title 18, United States Code. I have participated in many investigations of suspects who perpetrated violations

Affidavit of Richard Jessen
1 of 12
P60531RC.EHA.wpd

of Federal firearm and explosive law to a successful prosecution. I have participated in many state and federal search warrants, including searches for evidence related to the illegal possession or use of firearms and illegal drugs.

2. As a result of my training and experience as a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, I am familiar with the Federal controlled substance and firearms laws and know that it is a violation of Title 21, United States Code, Section 841 (a) (1) for any person to possess, deliver, or manufacture a controlled substance. I also know that it is a violation of Title 18, United States Code, Section 922(j) for any person to knowingly possess stolen firearms, which have been shipped or transported in interstate commerce, either before or after they were stolen. I also know that it is a violation of Title 18, United States Code, Section 922 (g)(1) for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to possess firearms that have been shipped or transported in interstate commerce. I also know that in the case of a person who violates section 922(g) of Title 18, United States Code, the Section 924(e) sentencing enhancement pertains to persons who have three or more previous convictions by any court referred to in

Section 922(g)(1) of the Title, for violent felonies or serious drug offenses, such person shall be imprisoned not less than fifteen years.

3. The following is based upon information I have personally received from my own investigation, and from Stevens County Sheriff's Deputies and Detectives, FBI Special Agent Andy Caster, fellow ATF Special Agents and/or from other State and/or Federal law enforcement officials, and clerks of Superior Courts in Washington. Because this affidavit is being submitted solely for establishing probable cause for a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts necessary to support the complaint and issuance of an arrest warrant.

4. Daniel E. PRICE is identified by date of birth of 05/10/1958. PRICE is further identified by FBI #45975HA3, WA #13568878, WA DOC #939325, and AK #07193284. PRICE was convicted of at least nine (9) felony crimes in Washington: these crimes include "VUCSA (Violation of Uniform Controlled Substances Act (State of Washington)) Manufacture / Delivery / Possession with Intent" in 1988, "Residential Burglary" in 1997, "Residential Burglary" in 1999", "Attempt to Elude" in 2000, and "Escape 2nd Degree" in 2000. PRICE appears to

Affidavit of C. Richard Jessen
3 of 12
P60531RC.EHA.wpd

be eligible for the Title 18, United States Code, Section 924(e) sentencing enhancement.

5. Dale MORROW is identified by date of birth of 04/30/1973. MORROW is identified by FBI #137677CB4, Washington WA #15507655 and Washington DOC #751906. MORROW has been convicted of at least four (4) felony crimes to include "VUCSA-Manufacture / Delivery / Possession with Intent" in 2000, "Escape 2nd Degree" in 2000, and "VUCSA-Manufacture / Delivery / Possession with Intent" in 2000.

6. Mary Alice CLAYBORN is identified with a date of birth of 10/03/1960. CLAYBORN is further identified by FBI #887082EA3, WA #17441922, NV #00549291, and OR #06718674. CLAYBORN has been convicted of at least four (4) felony crimes in Washington to include Forgery in 1996, VUCSA - Possession in 1999, Possession of a firearm in 1999, and VUCSA - Possession without a prescription in 2003.

7. On February 13, 2003, at approximately 10:30 P.M., Stevens County Deputy Mike Gilmore observed PRICE'S motor home at the Yellow Pine Gas Pump in Kettle Falls, WA.

Affidavit of C. Richard Jessen
4 of 12
P60531RC.EHA.wpd

8.      On February 14, 2003, at approximately 12:15 A.M., Deputy Gilmore was on patrol when he observed a motor home belonging to Daniel PRICE parked approximately 100 yards south of Friedlund Road. Friedlund Road and the residence driveway are one and the same, and located at 1206 Old Kettle Road. Deputy Gilmore observed a backpack inside of the motor home. There was a blue Dodge Caravan parked near the driveway entrance. There are no residences other than Friedlunds on the Kettle River road for more than ½ mile in any direction. Deputy Gilmore was suspicious that the persons driving these vehicles may be attempting to commit a burglary and made a Sheriff's Radio Dispatch note of the incident. At approximately 1:30 A.M., Deputy Gilmore observed PRICE's motor home traveling south on Highway 395 towards Kettle Falls, WA. Deputy Gilmore did not believe that he had probable cause at the time to stop the vehicle and did not.

9.      On February 14, 2003, Herb Friedlund found that his rural residence located at 1206 Old Kettle Road, Kettle Falls, Washington had been burglarized and at least a dozen firearms stolen. Friedlund made a report that is memorialized under Stevens County Sheriff's Department incident number 0301517. Friedlund suspected MORROW may have committed the burglary for reasons that include:

Affidavit of C. Richard Jessen
5 of 12
P60531RC.EHA.wpd

MORROW lived with Friedlund for several years, was now drug addicted, and that whoever stole the firearms must have known where they were hidden.

10. On February 14, 2003, Deputy Gilmore learned that MORROW lived with CLAYBORN and PRICE in a residence owned by PRICE located near Gifford Ferry, Washington. At approximately 5:00 P.M., Deputy Gilmore contacted David Yeaton at the residence located at 3617 Martine Road, Stevens County, Washington. Yeaton initially lied to Deputy Gilmore, and then when confronted with some of the facts, changed his statement. Yeaton told him that MORROW, PRICE, and CLAYBORN left just prior to his arrival.

11. On January 19, 2006, I interviewed Curtis Allen FRANKS with other investigators. Curtis Allen FRANKS has one felony conviction for "Assault, 3rd Degree" and has charges pending in Stevens County for "Unlawful Possession of A Firearm, 2nd Degree". Curtis Allen FRANKS stated that during the winter of 2003, he was a methamphetamine dealer. Curtis Allen FRANKS stated that PRICE was a good methamphetamine customer until he failed to pay a $4000 debt for drugs. MORROW often accompanied PRICE when he received methamphetamine from Curtis Allen FRANKS. Curtis Allen FRANKS knew MORROW to be a methamphetamine addict, cook, and thief. Curtis Allen

Affidavit of C. Richard Jessen
6 of 12
P60531RC.EHA.wpd

FRANKS stated that on one occasion in the winter of 2003, PRICE and MORROW arrived with six (6) or more firearms that they purported were stolen from an old man who resided in rural Kettle Falls, near the river. They traced the firearms for the methamphetamine. The firearms included an Italian Carcano military bolt action rifle in 6.5mm caliber, a Remington model 30S bolt action rifle in 30-06 caliber, and a J.C. Higgins Model 50 bolt action rifle in 30-06 caliber. Curtis Allen FRANKS has further advised your affiant that he retained the Italian Carcano military bolt action rifle in 6.5mm caliber. Curtis Allen FRANKS pawned the J.C. Higgins Model 50 bolt action rifle in 30-06 caliber and later transferred the firearm to Steve McMullin. According to Curtis Allen FRANKS he transferred the Remington Model 30S bolt action rifle in 30-06 caliber to Zack Bailey with the understanding that Bailey would pawn other stolen firearms for Curtis Allen FRANKS. Curtis Allen FRANKS has denied any involvement in the burglary and claimed not to know from where or from whom the firearms were stolen, except that the victim was an old man from the Kettle Falls area.

12. On May 10, 2006, your affiant and other investigators interviewed Billy Butts. Butts has three (3) felony convictions for "Assault, 3rd Degree" and "Malicious Mischief" and has charges pending in Stevens County for "Assault, 2nd

Affidavit of C. Richard Jessen
7 of 12
P60531RC.EHA.wpd

Degree". Butts stated that during approximately February of 2003, MORROW, PRICE, and CLAYBORN were methamphetamine dealers who received their methamphetamine from Curtis Allen FRANKS and others, and often supplied Butts with methamphetamine. Butts knew that all three were addicts. On one occasion, during the night, MORROW, PRICE, and CLAYBORN stopped by the Smith/Butts residence, driving a blue Dodge Colt that Butts knew belonged to his brother David Yeaton, with methamphetamine that they purported came from Curtis Allen FRANKS. All three were worried because the Sheriff's Office was looking for them in connection with a burglary that MORROW and PRICE committed. MORROW confessed to Butts that he and PRICE just committed a burglary and traded stolen firearms to Curtis Allen FRANKS for methamphetamine. MORROW requested and received a pair of shoes to replace the ones he wore at the burglary, seeking to destroy his shoes because MORROW thought they would match shoe prints left at the burglary scene. MORROW, PRICE, and CLAYBORN shared their methamphetamine with Butts and Dianne Smith, then left on foot, leaving the car they arrived in parked on the street. Butts denied any involvement in the burglary and claimed not to know from where or from whom the firearms were stolen.

Affidavit of C. Richard Jessen
8 of 12
P60531RC.EHA.wpd

13. On February 21, 2003, at approximately 10:00 p.m., Deputies Gilmore and Swim again contacted Yeaton who stated that he had not seen MORROW in about a week and that CLAYBORN left the residence at 11:00 a.m. that morning, and that they were driving a small blue car. As they left the residence, they observed a small blue Dodge Colt passing them. They followed the vehicle. The automobile made a U turn and deputies contacted CLAYBORN and MORROW. MORROW was asked about his location on the evening of February 13/14, 2003. MORROW admitted being with PRICE, in PRICE'S motor home, in the vicinity of Kettle River Road, but made several inconsistent statements about why he would have been in the area. Deputy Gilmore observed the same backpack in the Dodge Colt as he had seen inside of PRICE'S motor home in the early morning hours of February 14, 2003. During the field interview, Deputy Gilmore believed that MORROW was close to confessing to the burglary, but then denied any involvement.

14. On January 19, 2006, Special Agent Jessen interviewed Double Eagle Pawn owner / operator Mike Miotke. Double Eagle Pawn is located in Deer Park, WA. Miotke confirmed that Zack Bailey pawned several firearms for Curtis Allen FRANKS and that the loan had been rewritten for John Franks, who is the father

Affidavit of C. Richard Jessen
9 of 12
P60531RC.EHA.wpd

of Curtis Allen FRANKS. John Franks then transferred a group of firearms to Stephen and Dave McMullin at the request of Curtis Allen FRANKS.

15. On January 19, 2006, S/A Jessen interviewed Stephen McMullin who was in possession of a J.C. Higgins Model 50 bolt action rifle in 30-06 caliber, serial number 18897, which he transferred to your affiant. Stephen McMullin stated that he received the firearm from Curtis Allen FRANKS in a group of firearms that had been pawned at Double Eagle Pawn, Deer Park, WA. Most of the other firearms that he received were disposed of at Spokane gun shows.

16. On January 21, 2006, Curtis Allen FRANKS transferred several firearms to your affiant to include an Italian Carcano military bolt action rifle in 6.5mm caliber, serial number I3782. Curtis Allen FRANKS stated that this was one of the firearms that he received from PRICE and MORROW and that he kept this firearm because it was not worth much.

17. On January 22, 2006, Zackary Bailey transferred the Remington Model 30S bolt action rifle in 30-06 caliber, serial number 29166, to Kettle Falls Police Officer Walter Anderson. Bailey told Stevens County Captain Mike George that he received the rifle from Curtis Allen FRANKS in 2003 and had pawned several other collectors' firearms for Curtis Allen FRANKS at Double Eagle Pawn.

Affidavit of C. Richard Jessen
10 of 12
P60531RC.EHA.wpd

18. On January 26, 2006, your affiant showed Herb Friedlaund several firearms that he positively identified as firearms stolen from his residence on or about February 14, 2006. Friedlund viewed more than six other firearms that he stated were not his firearms. Friedlund positively identified his Remington Mode 30S bolt action rifle in 30-06 caliber, serial number 29166, and his J.C. Higgins Model 50 bolt action rifle in 30-06 caliber, serial number 18897. Friedlund identified the Italian Carcano military bolt action rifle in 6.5mm caliber, serial number I3782 as just like the one that was stolen and stated that he purchased the rifle from Clarks All-Sports in Colville, WA.

19. On January 31, 2006, your affiant interviewed Vince Johnson, Clerk at Clarks All-Sports, Inc., in Colville, Washington. Johnson stated that his store sold Friedlund the Italian Carcano military bolt action rifle in 6.5mm caliber, serial number I3782 on March 19, 2006. Friedlund purchased only one of the Italian Carcano rifles and the serial number could have been written wrong on the firearm transfer record as I3732.

20. Your affiant has testified more than fifty (50) times as a firearm nexus expert in the Eastern District of Washington. Your affiant has examined the three rifles described as a Remington Model 30S bolt action rifle in 30-06 caliber, serial

Affidavit of C. Richard Jessen
11 of 12
P60531RC.EHA.wpd

number 29166, and his J.C. Higgins Model 50 bolt action rifle in 30-06 caliber, serial number 18897, and an Italian Carcano military bolt action rifle in 6.5mm caliber, serial number I3782. All of the firearms have traveled in interstate and/or foreign commerce.

21. Based upon the information above, your affiant believes that probable cause exists to believe that both Daniel PRICE and Dale MORROW violated Title 21 United States Code, Section 841(a)(1), and Title 18, United States Code, Sections 922 (g)(1), 922(j), and 924(c). PRICE may be eligible for the sentencing enhancement under Section 924(e).

_____
C. Richard Jessen, Special Agent
Alcohol, Tobacco, Firearms and Explosives

SUBSCRIBED AND SWORN to before me this 1st day of June, 2006.

_____
Cynthia Imbrogno
United States Magistrate Judge

Affidavit of C. Richard Jessen
12 of 12
P60531RC.EHA.wpd