```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs <u>DANIEL E. PRICE</u>         CASE NO. <u>  3:06-mj-00102-JDR  </u>
Defendant:  <u> X </u>Present <u> X </u>In Custody

BEFORE THE HONORABLE:<u>           MARY E. GUSS                  </u>

DEPUTY CLERK/RECORDER:<u>          APRIL KARPER                  </u>

UNITED STATES ATTORNEY:<u>         AUDREY RENSCHEN               </u>

DEFENDANT'S ATTORNEY:<u>          F. RICHARD CURTNER - APPOINTED </u>

U.S.P.O.:<u>                       PAULA MCCORMICK               </u>

PROCEEDINGS: INITIAL APPEARANCE ON COMPLAINT HELD JUNE 15, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:35 p.m. court convened.

<u> X </u>Copy of Complaint given to defendant: waived reading.

<u> X </u>Waived full advisement of rights.

<u> X </u>Financial Affidavit **FILED**.

<u> X </u>Federal Public Defender accepted appointment; FPD notified.

<u> X </u>Waiver of Rule 40 Hearing **FILED**.

<u> X </u>Detention not contested. Defendant detained. Order of
   Detention Pending Trial **FILED.**

<u> X </u>Commitment to Another District **FILED**.

At 1:41 p.m. court adjourned.

DATE:<u>     June 15, 2006      </u>     DEPUTY CLERK'S INITIALS: <u>   amk  </u>